THE STATE OF OHIO, APPELLEE, *v*. TAYLOR, APPELLANT.

[Cite as *State v. Taylor*, 114 Ohio St.3d 454, 2007-Ohio-4561.]

(No. 2007–0220—Submitted August 14, 2007—Decided September 19, 2007.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Tooley*, 114 Ohio St.3d 366, 2007-Ohio-3698, 872 N.E.2d 894.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

Califf Law Office and John C. Califf, for appellant.